# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> JENNIFER SCRUGGS | No. 2:23-cr-00131-NT |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States requests that the sentencing hearing in this case be postponed to a date that is convenient for the Court in September 2025. In support of the motion, the Government states:

1. This matter is currently set for sentencing on July 22, 2025;

2. For reasons previously discussed with the Court in a conference of counsel, the Government respectfully requests that the court continue the sentencing of Jennifer Scruggs until the fall;

3. Government counsel contacted Scruggs' counsel, Jordan Quenneville, prior to filing this motion. She consents to the continuance.

Dated: May 20, 2025                                  Respectfully submitted,

                                                                                    CRAIG M. WOLFF
                                                                                    ACTING UNITED STATES ATTORNEY

                                                                                    */s/ Sheila W. Sawyer*
                                                                                    Sheila W. Sawyer
                                                                                    Assistant United States Attorney
                                                                                    United States Attorney's Office
                                                                                    100 Middle Street
                                                                                    Portland, ME 04101
                                                                                    (207) 780-3257
                                                                                    Sheila.Sawyer@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on May 20, 2025, I electronically filed the foregoing Unopposed Motion to Continue Sentencing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                          */s/ Grace Herrick*
                                          Grace Herrick
                                          Paralegal Specialist

On behalf of:  Sheila W. Sawyer
                      Assistant United States Attorney
                      United States Attorney's Office
                      100 Middle Street
                      Portland, ME 04101
                      (207) 780-3257
                      Sheila.Sawyer@usdoj.gov